DocuSign Envelope ID: 439BB937-D46B-4DDC-9F1C-FABED6CB013F

# CONSENT TO SUE UNDER
# THE FAIR LABOR STANDARDS ACT

I, Adam Sarr, am an individual formerly employed by Sinergia, Inc (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _____

Name: Adam Sarr

Date: 4/5/2022 _____