
20220505125733

AO 440 (Rev. 06/12) Summons in a Civil Action  **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, $40 FEE** |
| EFFECTED (1) BY ME: | Angela Roy |
| TITLE: | **PROCESS SERVER**  DATE: 5/6/22 @ 9:00 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

SINERGIA, INC. C/O NY SECRETARY OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVENUE  ALBANY  NY  12231

[✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Nancy Dougherty, Business Doc. Spec. II

Relationship to defendant _____

Description of Person Accepting Service:

SEX: F  AGE: 60  HEIGHT: 5'2"  WEIGHT: 120 lb  SKIN: White  HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____     SERVICES $_____.____     TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 5 /6 /20 22     _____ L.S.
SIGNATURE OF   Angela Roy
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | C.K. LEE, ESQ. |
| PLAINTIFF: | ADAM SARR, ON BEHALF OF HERSELF, ET AL |
| DEFENDANT: | SINERGIA, INC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 1 22 CV 03610 VEC |
| COMMENT: | |