LEE LITIGATION GROUP PLLC.
Suitable Age Service

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*1385116*

Index no : 1 22 CV 03610 VEC
Date of Purchase: 05/05/2022
Office No: 20220510135132

| Plaintiff: | **ADAM SARR, ON BEHALF OF HERSELF, ET AL** |
|---|---|
| Defendant: | **SINERGIA, INC., ET AL** |

STATE OF NEW YORK COUNTY OF NASSAU    ss.:
I (Magdy Ahmed) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **05/13/2022** at **11:58 AM**, I served the within **SUMMONS AND COMPLAINT**, on **DONALD LASH** at **2082 LEXINGTON AVENUE, #4 , NEW YORK, NY 10035** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Mildra Ticata , CO-WORKER** a person of suitable age and discretion. Person spoken to stated that said premises is intended recipients place of business within the state.

Comments: **POB: SINERGIA, INC.**

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | Tan | Black | 35-50 | 5ft 4- 5ft 8 | 121-140lbs |
| Other Features: | | | | | |

On **05/18/2022** I deposited in the United States mail a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **2082 LEXINGTON AVENUE, #4 , NEW YORK, NY 10035**. That address being the actual place of business of the Defendant(s). Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
05/18/2022

Martine Pierre
Notary Public, State of New York
No. 01PI6387004
Commissioned in Nassau County
My Commission Expires 2/4/2023

X Magdy
Magdy Ahmed
License#: 2049506
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056 Clerk: Clerk3

