UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM SARR,
*on behalf of herself, FLSA Collective Plaintiffs
and the Class,*

                              Plaintiff,

        v.

SINERGIA, INC., and DONALD LASH.

                              Defendants.

Case No: 22-cv-03610

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above captioned action, acting by means of their respective counsel, that Defendants shall have until July 15, 2022 to answer, move or otherwise respond with respect to the Complaint in the above matter. All Parties have agreed to this extension of time.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants also agree to (i) waive all defenses to invalid service of process and (ii) accept service of the Complaint and all amendments thereon.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the parties that this Stipulation may be signed by facsimile or electronic copy which shall be demed an original, and may be executed in one or more counterparts, but which collectively will constitute one and the same instrument.

For all Defendants:

By: _____

Gianfranco J. Cuadra, Esq.
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
Telephone: (212) 583-9500
cuadra@pechmanlaw.com

Date: __6/1/22__

For the Plaintiff:

By: _____

C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, New York 10011
Telephone: (212) 465-1180
cklee@leelitigation.com

Date: __6/1/22__

_____
**SO ORDERED.**

Date: _____