USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
ADAM SARR, *on behalf of himself, FLSA Collective* :
*Plaintiffs, and the Class*, :
:           22-CV-3610 (VEC)
Plaintiff, :
:           <u>ORDER</u>
-against- :
:
:
SINERGIA, INC., DONALD LASH, :
:
Defendants. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 4, 2022, Plaintiff filed a complaint in this matter, Dkt. 1;

WHEREAS on June 1, 2022, the parties filed a proposed stipulation and order, adjourning Defendants' time to answer, move, or otherwise respond to the complaint to July 15, 2022, Dkt. 11;

WHEREAS the proposed stipulation is signed by Gianfranco J. Cuadra, who claims to represent all Defendants, *id.*; and

WHEREAS Defense counsel has not filed a notice of appearance in this matter.

IT IS HEREBY ORDERED that by no later than **Tuesday, June 7, 2022**, Defense counsel must file a notice of appearance in this matter. By no later than **Friday, June 3, 2022**, Plaintiff's counsel must serve a copy of this Order on Mr. Cuadra via email and file proof of service on the docket.

**SO ORDERED.**

Date: **June 2, 2022**
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**