UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM SARR, *on behalf of herself,* *FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>SINERGIA, INC., and<br>DONALD LASH,<br><br>Defendants. | Case No.: 22-CV-3610 (VEC) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, I caused the Order issued by the Court on June 2, 2022 (Dkt No. 12) via electronic mail upon the Defense Counsel, Mr. Gianfranco J. Cuadra, at cuadra@pechmanlaw.com.

 

Respectfully Submitted,

LEE LITIGATION GROUP PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: (212) 661-1188
Fax: (212) 465-1181
Email: cklee@leelitigation.com
*Attorney for Plaintiffs*

By:  */s/ C.K. Lee*
      C.K. Lee, Esq.