# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Adam Sarr, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 22 Civ. 3610 (VEC) |
| Sinergia, Inc. and Donald Lash, | ) | |
| *Defendants* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Sinergia, Inc. and Donald Dash

Date: 06/03/2022

*Attorney's signature*

Gianfranco J. Cuadra, GC3633
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022

*Address*

cuadra@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*