AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Adam Sarr, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No.   22 Civ. 3610 (VEC) |
| Sinergia, Inc. and Donald Lash, | ) | |
| *Defendants* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Defendants Sinergia, Inc. and Donald Dash_

Date:  __06/03/2022__

*[signature]*
*Attorney's signature*

Louis Pechman, LP-6395
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022

*Address*

pechman@pechmanlaw.com
*E-mail address*

(212) 583-9500
*Telephone number*

(212) 409-8763
*FAX number*