**LEE LITIGATION GROUP, PLLC**
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

July 27, 2022

**Via ECF**
The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Sarr v. Sinergia, Inc. et al.*
           Case No. 1:22-cv-03610 (VEC) (RWL)

Dear Judge Caproni:

      We are counsel to Plaintiff. We write jointly with counsel to Defendants to provide in person conference dates for the Parties per Your Honor's Order on July 25, 2022 [Dkt. 22].

      Parties are available for an in person conference on August 2, 2022; August 4, 2022; August 8, 2022; August 9, 2022; and August 10, 2022 at any time.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF