UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM SARR, *on behalf of herself, FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>SINERGIA, INC., and DONALD LASH,<br><br>Defendants. | Case No.: 22-cv-03610<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)** |

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiff, on behalf of herself and all others similarly situated, by her undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York
         July __, 2022

                                              Respectfully submitted,
                                              By:   */s/ C.K. Lee*
                                                    C.K. Lee, Esq.

                                              LEE LITIGATION GROUP, PLLC
                                              C.K. Lee (CL 4086)
                                              Anne Seelig (AS 3976)
                                              148 West 24th Street, 8th Floor
                                              New York, NY 10011
                                              Tel.: 212-465-1188
                                              Fax: 212-465-1181
                                              *Attorneys for Plaintiff,*
                                              *FLSA Collective Plaintiffs, and the Class*