```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                               :
ADAM SARR, *on behalf of himself, FLSA Collective*             :
*Plaintiffs, and the Class*,                                   :
                                                               :      22-CV-3610 (VEC)
                                          Plaintiff,           :
                                                               :      ORDER
             -against-                                         :
                                                               :
                                                               :
SINERGIA, INC. and DONALD LASH,                                :
                                                               :
                                          Defendants.          :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 2, 2022, the parties submitted their proposed notice and consent form, as well as a letter outlining the parties' remaining disputes regarding the proposed notice and consent form, Dkt. 42; and

WHEREAS Defendants complained in that letter about Plaintiff's counsel approaching Defendants' employees and former employees but did not provide any authority for their request that Plaintiff be precluded from approaching such individuals, *id*.

IT IS HEREBY ORDERED that the Court would approve a proposed notice and consent form that includes the language contained in the redlined notice and consent form that is attached as an exhibit to this Order. The parties must submit the revised notice and consent form by **Thursday, December 8, 2022**.

IT IS FURTHER ORDERED that the Court approves Defendants' proposed language for text and email communications accompanying the proposed notice and consent form, as any such communications are not official correspondence from this Court.

IT IS FURTHER ORDERED that if Defendants want the Court to preclude contact between Plaintiff's counsel and putative members of the proposed collective, they must provide legal authority for the Court doing so.

**SO ORDERED.**

Date: **December 6, 2022**
New York, NY

**VALERIE CAPRONI**
**United States District Judge**