# EXHIBIT 2



# Sinergia, Inc. Investigation

**C.K. Lee** <inmail-hit-reply@linkedin.com>
To: REDACTED
Fri 12/9/2022 10:53 AM

[Attention! This email originates from outside of the organization. Do not open attachments or click links unless you are sure this email comes from a known sender and you know the content is safe. If you suspect this is a fraudulent email, please forward to support@sinergiany.org]

We are investigating the claims of a Direct Support Professional employee of Sinergia, Inc., who claims that he was not paid for travel time. In addition, he and others were automatically deducted hours for meal breaks that were not taken. If you know any information about this or if you have any information about Sinergia, Inc.'s practice of wage violations, we would love to hear from you. Please contact C.K. Lee, Esq., Managing Attorney of Lee Litigation Group, PLLC (www.leelitigation.com) by text or phone call at (646) 354-9110 at any time.

Thank you.

C.K. Lee
Managing Partner at Lee Litigation Group, PLLC
Email: cklee@leelitigation.com
Cell: (646) 354-9110