USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADAM SARR, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

                       Plaintiff,

-against-

SINERGIA, INC., DONALD LASH,

                       Defendants.
------------------------------------------------------------------X

22-CV-3610 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2022, the Court ordered the parties to appear before the Undersigned for a conference on December 21, 2022, Dkt. 52; and

WHEREAS both Plaintiff Adam Sarr and Plaintiff's counsel have stated that they have a conflict with the December 21, 2022, conference.

IT IS HEREBY ORDERED that the December 21, 2022, conference is rescheduled for **Monday, January 23, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  C.K. Lee and Adam Sarr must attend this conference.

IT IS FURTHER ORDERED that Defendant's obligation to provide the names and addresses for distribution of the collective notice and the deadline to distribute the collective notification are hereby STAYED through the January 23, 2023, conference.

IT IS FURTHER ORDERED that, while the Court will not preclude Plaintiff's counsel from communicating with prospective members of the collective without first hearing from

counsel orally at the January 23, 2023, conference, he is doing so at his own risk. The Court has serious doubts that Plaintiff's counsel has correctly interpreted N.Y.R.P.C. 7.3.

**SO ORDERED.**

Date:  **December 20, 2022**
       **New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**