UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2023

-------------------------------------------------------------------X
                    :

ADAM SARR, *on behalf of himself, FLSA Collective*  :
*Plaintiffs, and the Class*,                   :

                    :          22-CV-3610 (VEC)

                Plaintiff,    :

                    :          ORDER AND

        -against-            :          JUDGMENT

                    :

SINERGIA, INC. and DONALD LASH,     :

                    :

              Defendants.   :

                    :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Undersigned for a status conference on January 23, 2023; and

      WHEREAS at the status conference, Defendants renewed their offer of judgment of $43,100.86 pursuant to Federal Rule of Civil Procedure 68, and Plaintiff accepted the offer of judgment.

      IT IS HEREBY ORDERED that judgment is entered against the Defendants, in favor of Plaintiff, in the amount of $43,100.86, exclusive of attorneys' fees and costs.  The Clerk of Court is respectfully directed to CLOSE the case; and

      IT IS FURTHER ORDERED that the attorneys are directed to meet and confer regarding attorneys' fees and costs.  If a mutual agreement cannot be reached, counsel for Plaintiff is directed to make a motion for attorneys' fees on or before **February 17, 2023**.  Defendants must respond by **March 3, 2023**, and any reply must be filed by **March 8, 2023**.

**SO ORDERED.**

**Date:   January 27, 2023**
       **New York, NY**

                                                 **VALERIE CAPRONI**
                                     **United States District Judge**